No. 84–5871. BROWN v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–5874. GAERTTNER v. ROBISON ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–5883. DAVIS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 84–5884. REED v. TOLEDO AREA AFFIRMATIVE ACTION PROGRAM FOR THE CONSTRUCTION INDUSTRY ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–5886. HUTCHISON v. MARSHALL. C. A. 6th Cir. Certiorari denied.

No. 84–5887. MURPHY v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 84–5890. YOUNIE v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 84–5893. VAN SANT v. SOLOMON ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–5894. MCCOY v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–5896. GASTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–5899. BROWN v. KING, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–5900. CANNADAY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 84–5901. CHANEY v. NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 3d Cir. Certiorari denied.

No. 84–5903. HUDSON v. GARLAND, WARDEN. C. A. 4th Cir. Certiorari denied.